THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
David Wayne Jennings, Appellant.
 
 
 

Appeal From Greenville County
Charles B. Simmons, Jr., Special Circuit 
 Court Judge

Unpublished Opinion No.  2005-UP-048
Submitted January 1, 2005  Filed January 
 19, 2005

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney Wanda P. Hagler, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  David Wayne Jennings appeals from his guilty pleas to driving 
 under suspension and driving under the influence.  Jennings argues his pleas 
 were not freely and voluntarily given pursuant to Boykin v. Alabama, 
 395 U.S. 238 (1965), because the trial judge did not adequately advise him of 
 the sentencing consequences of the charges.  Jennings counsel attached to the 
 brief a petition to be relieved as counsel, stating that she had reviewed the 
 record and concluded this appeal lacks merit.  After a thorough review of the 
 record and counsels brief pursuant to Anders v. California, 386 U.S. 
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), 
 we dismiss [1] Jenningss appeal 
 and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and WILLIAMS, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.